preso Manuel Lizardi, y continúe bajo la custodia del Alcaide de la Cárcel de San Juan.

---

## Ex Parte De la Rosa.

SOLICITUD para que se expida auto de Habeas Corpus.

No. 36.—Resuelto en Setiembre 3, 1904.

APELACIÓN—DESESTIMACIÓN DE LA ACUSACIÓN.—Una resolución de la Corte inferior denegando la desestimación de la acusación, en los casos á que se refiere el art. 448 del Código de Enjuiciamiento Criminal, puede ser considerada y discutida en apelación.

ID.—HABEAS CORPUS.—Los errores en que un Tribunal hubiere incurrido al denegar una moción del acusado para que se desestime al acusación, en los casos á que se refiere el art. 448 del Código de Enjuiciamiento Criminal, no pueden ser corregidos en un procedimiento de *habeas corpus.*

ID.—SENTENCIA NULA.—Solamente en los casos en que la sentencia sea completamente nula procederá estimarla así en un procedimiento de *Habeas Corpus.*

Los hechos están expresados en la Opinión.

La solicitud fué presentada al Juez Asociado Sr. MacLeary en su despacho.

Abogado del recurrente: *Sr. Franco Soto.*

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente opinión.

En esta causa el preso fué acusado el cinco de Marzo de 1904 y no fué juzgado hasta el veinte y cuatro de Agosto. Seguramente debería haber sido juzgado dentro de los cuatro meses siguientes, si hubiera sido posible. Presentó á la Corte Municipal una solicitud pidiendo que su causa fuese sobreseída por los razones indicadas. Esto la Corte se negó á acceder. El podia haber protestado de esta providencia y haber apelado ante la Corte de Distrito, si hubiera querido hacerlo. Pero no adoptó ese medio y después de haber sido condenado á un mes de encarcelación, hizo una petición de ser puesto en

libertad por auto de *habeas corpus*. Puede ser que haya sufrido una injusticia, pero no ha seguido los trámites debidos para conseguir sus derechos. La providencia negando su petición de sobreseer su causa puede haber sido errónea, pero no puede ser corregida en este procedimiento. A menos que la sentencia sea enteramente nula, no puede ser descartada en el procedimiento actual. El objeto del auto de *habeas corpus* ha sido explicado tan frecuentemente por el Tribunal Supremo, que es superfluo explicarlo de nuevo. El prisionero debe ser entregado á la custodia del Alcaide de la Cárcel de Aguadilla y satisfacer las costas de este procedimiento. Y así está resuelto. .